**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| James Brodeur,<br><br>        Plaintiff,<br>   v.<br><br>The Schreiber Law Firm, LLC; and<br>DOES 1-10, inclusive,<br><br>        Defendants. | Civil Action No.:  4:12-cv-40133-TSH |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: August 26, 2013

        Respectfully submitted,

        PLAINTIFF, James Brodeur

        /s/ Sergei Lemberg

        Sergei Lemberg, Esq.
        B.B.O. No.: 650671
        **LEMBERG & ASSOCIATES L.L.C.**
        1100 Summer Street, 3rd Floor
        Stamford, CT 06905
        Telephone: (203) 653-2250
        Facsimile:  (203) 653-3424
        slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 26, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF), which sent notice of such filing:

The Schreiber Law Firm, LLC  
Edward C. Dial, Jr., Esq.  
53 Stiles Road  
Salem NH 03079

                                      By /s/ Sergei Lemberg  
                                           Sergei Lemberg